UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

TERESA A.M.,                            )
                                        )
                   Plaintiff            )
                                        )
        v.                              )        2:19-CV-00292-LEW
                                        )
ANDREW M. SAUL,                         )
COMMISSIONER OF SOCIAL SECURITY,        )
                                        )
                   Defendant            )

**ORDER AFFIRMING RECOMMENDED DECISION**

On June 1, 2020, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision.  Plaintiff filed her Objection on June 16, 2020.  I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Recommended Decision.  I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and for the reasons set forth in the Commissioner's Response to Plaintiff's Objection; and determine that no further proceeding is necessary.

The Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The Commissioner's Decision is AFFIRMED.

SO ORDERED.

Dated this 13th day of July, 2020.

                                        /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE